NVB 5009 (rev 3/22)

# UNITED STATES BANKRUPTCY COURT

District Of Nevada

In re JIMMIE D. SOWARDS                    Case No. 18-17479-mkn
       Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATE OF COMPLIANCE REGARDING PLAN PAYMENTS, DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Plan Payments*

☒ Pursuant to 11 U.S.C. Section 1328(a), I certify that I have completed all payments and obligations required by the confirmed plan. This includes all payments to the Trustee and all payments required to be paid directly to creditors by Debtor or Third Party.

☐ Pursuant to 11 U.S.C. 1328(b), I certify that I have not completed all payments and obligations required by the confirmed plan and am seeking a hardship discharge.

*Part II. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part III. If you checked the second box, you must provide the information below.*

My current address:

_____
_____
_____

My current employer and my employer's address:

_____
_____
_____

NVB 5009 (rev 3/22) (page 2)

*Part IV. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part V. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on: Feb. 25, 2025            _____
             Date                              Debtor

_____            _____
        Date                                 Joint Debtor

**NOTICE OF CHAPTER 13 DEBTOR'S CERTIFICATE OF COMPLIANCE REGARDING PLAN PAYMENTS, DOMESTIC SUPPORT OBLIGATIONS, AND SECTION 522(q).**

**NOTICE IS HEREBY GIVEN** that the Chapter 13 Debtor's Certificate Of Compliance Regarding Plan Payments, Domestic Support Obligations, and Section 522(q) has been filed with the Court.

Any Objections to this Certification must be in writing stating the grounds of the objection and filed within 21 days following service of the Debtor's certifications with the Clerk, United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada 89101.

In the event an objection is timely filed, the objecting party shall set the objection for hearing and serve a copy of the objection upon the Debtor, Debtor's Counsel, and assigned Trustee pursuant to Local Rule 9014.

Date: _____            _____
                                         Attorney For Debtor

*Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

```
1  VOHWINKEL LAW
   RORY VOHWINKEL, ESQ.
2  7336 WEST POST ROAD SUITE 107
3  LAS VEGAS NV 89113
   (702) 735-1500
4  NEVADA STATE BAR NO. 8709
5  ATTORNEY FOR THE DEBTOR
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RE: | ) BANKRUPTCY NUMBER: |
| | ) BK-S-18-17479-MKN |
| JIMMIE SOWARDS OY | ) CHAPTER 13 |
| | ) |
| | ) |
| Debtor (s) | ) DATE: N/A |
| | ) TIME: N/A |

<u>CERTIFICATE OF SERVICE RE: DEBTOR'S CERTIFICATE OF COMPLIANCE WITH CONDITIONS RELATED TO ENTRY OF CHAPTER 13 DISCHARGE TOGETHER WITH NOTICE THEREON</u>

I, ADAM PARMELEE Hereby certify that a copy of the DEBTOR'S CERTIFICATE OF COMPLIANCE WITH CONDITIONS RELATED TO ENTRY OF CHAPTER 13 DISCHARGE TOGETHER WITH NOTICE THEREON, filed herein, in the above entitled case, was mailed by me on the 5TH day of MARCH 2025 by depositing a true and correct copy of the same, first-class postage prepaid, in the United States Mail, to the attached matrix:

/S/ ADAM PARMELEE /S/
ADAM PARMELEE
AN EMPLOYEE OF
RORY VOHWINKEL, ESQ.

-1-

JIMMIE SOWARDS
6420 OAKRIDGE AVE
Pahrump, NV 89048

RORY VOHWINKEL ESQ.
VOHWINKEL LAW
7336 W POST ROAD UNIT 107
Las Vegas, NV 89113

CARINGTON
PO BOX 29001
Phoenix, AZ 85062

CLARK COUNTY CREDIT UNION
PO BOX 36490
Las Vegas, NV 89133

CLARK COUNTY TREASURER
500 S GRAND CENTRAL PKWY
P.O. BOX 551220
Las Vegas, NV 89155

CLARK COUNTY WATER RECALMATION DISTRICT
5857 E FLAMINGO RD
Las Vegas, NV 89122

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
Philadelphia, PA 19114

REPUBLIC SERVICES
770 E. SAHARA AVE.
PO BOX 98508
Las Vegas, NV 89193

SEWER SERVICES BILL LAS VEGAS
DEPARTMENT OF FINANCE
CITY HALL, 400 STEWART AVE
6TH FL
Las Vegas, NV 89101